**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **NELSON DE LA CRUZ ALFARO GONZALEZ,**<br><br>***Petitioner,***<br><br>***v.***<br><br>**DEVERY MOONEYHAM, in his official capacity as Assistant warden of the Limestone County Detention Center, et al.,**<br><br>***Respondents,*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:26-CV-00178-ADA-DTG** |

**ORDER FOR FACTUAL STIPULATIONS**

The petitioner, Nelson de la Cruz Alfaro Gonzalez, challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). On May 22, 2026, the respondents filed their return pursuant to 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** as follows:

The parties are **ORDERED** to meet-and-confer and jointly file a notice of any factual stipulations on or before **September 1, 2026**. In that same filing, the parties shall indicate whether they will waive a hearing on the issues and consent to the Court resolving the petition on its pleadings.

If the parties desire to consent to the full referral of this action to the magistrate judge, they must submit Form AO 85, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge, on or before **September 3, 2026**.

**SIGNED** this 26th day of August, 2026.



DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE